IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BILLIE HARRIS,

    Plaintiff,

vs.                          No. CIV S- 09-2568 FCD GGH PS

EQUAL EMPLOYMENT OPPORTUNITY

COMMISSION, et al.,

    Defendants.         <u>ORDER</u>

                        /

        Plaintiff, proceeding in this pro se, has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 302(21), pursuant to 28 U.S.C. § 636(b)(1).

        Plaintiff has submitted an affidavit making the showing required by 28 U.S.C. § 1915(a)(1). Accordingly, the request to proceed in forma pauperis will be granted.

        Good cause appearing, IT IS ORDERED that plaintiff's request for leave to proceed in forma pauperis is granted.

DATED: February 1, 2010                 /s/ Gregory G. Hollows

                                      GREGORY G. HOLLOWS,
                                      UNITED STATES MAGISTRATE JUDGE

GGH:076/Harris2568.ifp.wpd